## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| AMERICA FIRST ENTERPRISES D/B/A/ OLIVER OUTDOOR | : | No. 245 WAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth |
| | : | Court |
| | : | |
| ZONING HEARING BOARD OF THE | : | |
| BOROUGH OF TARENTUM AND | : | |
| BOROUGH OF TARENTUM | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: BOROUGH OF TARENTUM | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 6th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.